83,476-01

Dear:

Court of Criminal Appeals

This letter is to Inform you my address has change on Oct. 15, 2015

To:

North Texas State Hospital
Wichita Falls Campus
P.O. Box 300
Wichita Fall, Texas 76307

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk